Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Henry Sinsioco

Brian Takahashi (SBN 146505)
Brian.Takahashi@bowmanandbrooke.com
Lindsay G. Carlson (SBN 235999)
Lindsay.Carlson@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Attorneys for Jaguar Land Rover North America, LLC
(Additional counsel listed on the signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SINSIOCO, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:18-cv-02738 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC'S MOTION TO DISMISS THE COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER
ESTABLISHING A BRIEFING SCHEDULED
FOR THE MTD THE COMPLAINT

\\DC - 029018/000118 - 12373563 v4

Plaintiff Henry Sinsioco and Defendant Jaguar Land Rover North America, LLC hereby file this Stipulation Modifying the Briefing Schedule for Defendant's Motion to Dismiss the Complaint. The parties have conferred and state the following:

WHEREAS, on July 12, 2018, Defendant moved to dismiss the Complaint, *see* Dkt. No. 20;

WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's opposition to Defendant's motion to dismiss the Complaint currently is due on or before July 26, 2018;

WHEREAS, pursuant to Local Rule 7-3(b), any reply in support of Defendant's motion to dismiss the Complaint currently must be filed on or before August 2, 2018;

WHEREAS, Defendant's motion to dismiss the Complaint is noticed for a hearing on September 27, 2018, *see* Dkt. No. 20;

WHEREAS, the parties' Initial Case Management Conference with this Court also is scheduled for September 27, 2018, *see* Dkt. No. 24;

WHEREAS, Plaintiff has requested an extension of time to oppose the motion to dismiss or to file an amended complaint so that either would be due thirty (30) days after the filing of Defendant's motion to dismiss the Complaint;

WHEREAS, Defendant has requested an extension of time to file any reply in support of the motion to dismiss or to respond to an amended complaint so that either would be due thirty (30) days after the filing of Plaintiff's opposition to the motion to dismiss or amended complaint;

WHEREAS, these extensions are warranted for the reasons set forth in the Declaration of Michael L. Kidney, which is filed in support of this stipulation pursuant to Local Rule 6-2(a);

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT, subject to the Court's approval:

Plaintiff shall file his opposition to Defendant's motion to dismiss the Complaint or an amended complaint on or before August 13, 2018; and

Defendant shall file any reply in support of the motion to dismiss the Complaint or respond to an amended complaint on or before September 12, 2018.

**IT IS SO STIPULATED**.

Dated: July 23, 2018

By: /s/Tarek H. Zohdy
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Dated: July 23, 2018

By: /s/Lindsay G. Carlson
Brian Takahashi (SBN 146505)
Brian.Takahashi@bowmanandbrooke.com
Lindsay G. Carlson (SBN 235999)
Lindsay.Carlson@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Michael L. Kidney (admitted *pro hac vice*)
Michael.kidney@hoganlovells.com
James W. Clayton (admitted *pro hac vice*)
James.clayton@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorney for Jaguar Land Rover North America, LLC

**ATTESTATION OF SIGNATURE**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: July 23, 2018

By: /s/ Lindsay G. Carlson
Lindsay G. Carlson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___July 24_____, 2018

_____
Hon. Edward M. Chen
United States District Judge

Hogan Lovells US LLP
Attorneys At Law
San Francisco

STIPULATION AND [PROPOSED] ORDER ESTABLISHING A BRIEFING SCHEDULED FOR THE MTD THE COMPLAINT

\\DC - 029018/000118 - 12373563 v4