Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Henry Sinsioco

Brian Takahashi (SBN 146505)
Brian.Takahashi@bowmanandbrooke.com
Lindsay G. Carlson (SBN 235999)
Lindsay.Carlson@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Attorneys for Jaguar Land Rover North America, LLC
(Additional counsel listed on the signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SINSIOCO, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:18-cv-02738 (EMC)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

1   Plaintiff Henry Sinsioco and Defendant Jaguar Land Rover North America, LLC hereby
2   stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
3   all claims asserted individually by Plaintiff Henry Sinsioco are dismissed with prejudice, and all
4   claims asserted on behalf of the putative class are dismissed without prejudice.

**IT IS SO STIPULATED**.

Dated: June 6, 2019

By: /s/Michael L. Kidney
Michael L. Kidney (admitted *pro hac vice*)
Michael.kidney@hoganlovells.com
James W. Clayton (admitted *pro hac vice*)
James.clayton@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Lindsay G. Carlson (SBN 235999)
Lindsay.Carlson@bowmanandbrooke.com
Brian Takahashi (SBN 146505)
Brian.Takahashi@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Attorneys for Jaguar Land Rover North America, LLC

Dated: June 6, 2019

By: /s/Tarek H. Zohdy
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff

Dated: 6/7/2019

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -   STIPULATION OF VOLUNTARY DISMISSAL